Impressa Club Ltd. and Azerbaijan Airlines, Plaintiffs-Respondents, 
against
Mohamed Azadi, Defendant-Appellant.




Defendant appeals from two judgments of the Small Claims Part of the Civil Court of the City of New York, New York County (Sabrina B. Kraus, J.), entered on or about March 20, 2019, after trial, awarding plaintiffs damages in the principal sum of $3,115.




Per Curiam.
Judgments (Sabrina B. Kraus, J.), entered on or about March 20, 2019, modified, without costs, by reducing plaintiffs' joint recovery to the principal sum of $2,389.96, as modified, judgment affirmed, without costs. The trial court achieved "substantial justice" consistent with substantive law principals (CCA 1804) in resolving the liability aspect of the small claims action in plaintiffs' favor, since the evidence permits a finding that defendant wrongfully stopped payment on the cost of a round-trip airplane ticket from New York City to Iran due to his alleged dissatisfaction with airport lounge service. However, the record and the ends of "substantial justice" support a joint recovery of damages of no more that $2,389.96, the actual price of the airline ticket.
We have examined defendant's remaining contentions and find them to be without merit.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: January 21, 2020